UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-145-1FL-4

UNITED STATES OF AMERICA )
)
v. )
) ORDER
ORLANDO GADDY, )
)
Defendant. )

_____

     For good cause shown, defendant, ORLANDO GADDY, Motion to Seal Unopposed

Motion to Continue Sentencing Hearing is hereby GRANTED.

     SO ORDERED, this the __23rd__ day of May 2018.


_____
Louise W. Flanagan
United States District Judge