UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-145-1FL-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ORLANDO GADDY, ) | |
| ) | |
| Defendant. ) | |

___

For good cause shown, defendant, ORLANDO GADDY, Motion to Seal Unopposed Motion to Continue Sentencing Hearing is hereby GRANTED.

SO ORDERED, this the 28th day of January, 2019.

_____
Louise W. Flanagan
United States District Judge

1