UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-145-1FL-4

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | AMENDED ORDER |
|  | ) |  |
| ORLANDO GADDY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

The Court, having considered defendant's Motion for Furlough to Attend Funeral, and the government having no objection, it is hereby

ORDERED

That defendant shall be granted a furlough from pretrial detention from 9:30 a.m. on Saturday, March 9, 2019, until 6:00 p.m. on Saturday, March 9, 2019, to attend the funeral for defendant's father, James Melvin Gaddy, Jr.

That during said furlough, defendant's mother, Michelle Tracy Oliver, shall act as defendant's third-party custodian and shall be responsible for picking defendant up from the Albemarle District Jail in Elizabeth City, North Carolina, transporting defendant to defendant's father's funeral in Fairmont, North Carolina, and for returning defendant to the Albemarle District Jail in Elizabeth City, North Carolina, at the conclusion of defendant's furlough.

SO ORDERED, this the 6th day of March 2019.

LOUISE W. FLANAGAN
United States District Judge

1